**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WOLF RUN HOLLOW, LLC, § § §  Plaintiff, § § v. § § COMPASS BANCSHARES, INC., § COMPASS BANK, § BANCORPSOUTH BANK, § BANK OF TEXAS, N.A., § TEXAS CAPITAL BANCSHARES, INC., § TEXAS CAPITAL BANCSHARES, N.A., § VIEWPOINT BANK, § WOODFOREST FINANCIAL GROUP §     INC., § WOODFOREST NATIONAL BANK, § PEOPLES STATE BANK, § FIRST INTERNATIONAL BANK, § FIRST FEDERAL BANK TEXAS, § FIRST STATE BANK, § COMMUNITY BANK, § §  Defendants. § | Civil Action No. 2:09-cv-339  **JURY TRIAL DEMANDED** |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Wolf Run Hollow, LLC ("Wolf Run") hereby discloses, by and through its undersigned counsel, that it is a limited liability company. No parent or publicly held corporation owns 10% or more of Wolf Run's stock.

Dated: October 30, 2009                                  Respectfully submitted,


                                                         /s/ William E. Davis, III
                                                         William E. Davis, III
                                                         TX State Bar No. 24047416

                                                         **THE DAVIS FIRM P.C.**
                                                         111 W. Tyler St.
                                                         Longview, TX 75601
                                                         Telephone: (903) 230-9090
                                                         Facsimile: (903) 230-9661
                                                         bdavis@bdavisfirm.com

                                                         **ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email.

                                                         /s/ William E. Davis, III
                                                         William E. Davis, III