IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WOLF RUN HOLLOW, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **COMPASS BANCSHARES, INC., et al.** <br><br> **Defendants.** | CIVIL ACTION NO. 2:09-CV-339-TJW <br><br> JURY TRIAL DEMANDED |

## ORDER

In consideration of Plaintiff Wolf Run Hollow, LLC's Motion for Dismissal of all claims with prejudice asserted against Defendant ViewPoint Bank, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "NON-EXCLUSIVE LICENSE AGREEMENT" dated December 1, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 7th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE